IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK LEON MASON,**     )<br>          Plaintiff,              )<br>                                    )<br>**v.**                               )<br>                                    )<br>**SHARLA KNOX,** *et al.*,    )<br>          Defendants.           ) | **CIVIL ACTION: 1:23-00185-KD-N** |

**ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 6) made under 28 U.S.C. § 636(a)-(b) and S.D. Ala. GenLR 72(b), and dated July 24, 2023, is **ADOPTED** as the opinion of the Court.

Additionally, the Plaintiff filed a proposed second amended complaint in response to the Report and Recommendation. (Doc. 7). A review of the proposed second amended complaint indicates that it suffers from the same defects as delineated in the Report and Recommendation (with regard to the amended complaint (Doc. 4)). As previously stated, the Plaintiff must identify the constitutional harm suffered. In the proposed second amended complaint, the Plaintiff states that his "Sixth Amendment" rights were violated. The Sixth Amendment protects the rights of criminal defendants and is not applicable to the Plaintiff in his quest to modify his child support.  Moreover, even if the Plaintiff had identified a constitutional harm, *i.e.* due process, his allegation that Knox and Spraglin negligently performed their jobs is insufficient to state a Section 1983 claim. Negligence or lack of due care by a state official does not "deprive" an individual of life, liberty, or property under the Fourteenth Amendment. <u>Daniels v. Williams</u>, 474 U.S. 327, 330-331 (1986).

Accordingly, the Plaintiff's amended complaint (Doc. 4) is **DISMISSED without prejudice**, prior to service, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE** and **ORDERED** this the **15th** day of **August 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**