# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK LEON MASON,**<br>  Plaintiff, | )<br>)<br>) |
| v. | )  **CIVIL ACTION: 1:23-00185-KD-N** |
| | ) |
| **SHARLA KNOX,** *et al*.,<br>  Defendants. | )<br>) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's amended complaint (Doc. 4) is **DISMISSED without prejudice**, prior to service, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE** and **ORDERED** this the **15th** day of **August 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**